(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) CARL J. HASKINS JR  211803
   (Name of Plaintiff)     (Inmate Number)

1301 E 12Th STREET,
HOWARD YOUNG INST WILM. Del. 19809
   (Complete Address with zip code)

AND ET REL: ALL OTHER PERSON IN
(2) SIMILAR CIRCUMSTANCE WHOS SENTENCE
   (Name of Plaintiff)     (Inmate Number)

HAVE BEEN AMENDED BY # ANY FORM BY
ANY OF THE BELOW DEFFENDANTS.
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Delaware Department of Corrections:
            ET. AL.
(2) Larre Pesack, Allison Justicno
   Jeff Kay, Loren Press, Chris Shenn,
(3) Delaware Parole Board Et. AL
   (Names of Defendants)
IN THEIR OFFICAL AND Independat Cappasity :
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

05      570

(Case Number)
( to be assigned by U.S. District Court)

**FILED**

AUG - 4 2005

**CIVIL COMPLAINT**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Jury Trial Requested
**yes**

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • Yes • • No

C. If your answer to "B" is Yes:

1. What steps did you take? DOES NOT INVOLN PRISON

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: ALISON JUSTINO

Employed as PROBATION OFFICER at DEL. PROBATION AND PAROLE

Mailing address with zip code: 1600 No. PINE STREET WILM. DEL 198

(2) Name of second defendant: JEFF KAY

Employed as PROBATION OFFICER at Del PROBATION AND PAROLE

Mailing address with zip code: 1600 No. PINE ST WILM Del. 198

(3) Name of third defendant: LAURE PESPEK

Employed as Supervisor PROBATION OFFICER at Del. PROBATION AND PAROLE

Mailing address with zip code: 1600 No PINE ST WILM Del. 1980

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. ON OR ABOUT 7-12-05 OFFICERS KAY & JUSTINO CAME TO HASKINS HOME TO ENFORCE STIPULATIONS HASKINS WAS BEING HELD TO, THESE Stipulations/CONDITIONS OF His PROBATION which were Applyed to HASKINS AFTER HE MAXED OUT HIS SENTENCE OF 16 years.

2. HASKINS WAS NOT SENTENCED TO ANY PROBATION TIME AT HIS SENTENCING SOME 16 YEARS Ago. DEPTMENT OF CORRECTIONS PLACED HASKINS ON LEVEL 3 PROBATION (WHICH WAS NOT IN HIS SENTENCE) ONLY AFTER HE MAXED OUT HIS SENTENCE IN VIOLATION TO HASKINS CONSTITUTIONAL Right AgAINST

3. Ex Post FActo RULES/LAWS, 5+6 No NOTICE, NO COUNSEL, 14TH DUE PROCESS, DUBBLE JEPORdy, 8TH CRUAL ANd UNusuAl BEING SENTENCEd TWICE FOR THE SAME CRIME. WITHOUT THE LegAL Right to do SO the two SEARched HASKINS HOME WITHOUT PROPER JURISDICTION.

CONT. ON NEXT PAGE:

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. THE DEPT OF CORRECTIONS TO PAY $3000.00 per Day FOR FALSE IMPRISONMENT VIA Violation OF ILLEGAL STIPULATIONS.

OFFICER JEFF KAY to PAY $2000.00 per DAY FOR FALSELY ENFORCING ILLEGALLY IMPOSED STIPULATIONS.

OFFICER ALLISON JUSTIANO TO PAY $1000.00 per DAY FOR FALSELY ENFORCING ILLEGALLY Imposing Stipulations. SUPPERVISING OFFICER LAUREE pesAck TO PAY $6000.00 per DAY FOR FAILINg to PROVIDE COURT ORDER SHOWING the PAROLE + PROBATION HAd LEGAL STAND to ENFORCE ILLEGAL STIPULATIONS. AND FOR ENFORCING ILLEGAL STIPULATIONS

2

4. JUSTIONO NOR KAY HAD ANY LEGAL STAND TO ENFORCE ANY ~~DELAWARE LAW~~ STIPULATIONS AGAINST HASKINS.

5. DEPARTMENT OF CORRECTIONS MAY ADOPT STANDARDS FOR THE CONDITIONS OF PROBATION ONLY BEFORE SENTENCING, HASKINS WAS NOT GIVEN ~~TO~~ ANY PROBATION NOR ANY CONDITIONS/STIPULATIONS BEFORE HIS SENTENCE IN 1985.

6. HASKINS WAS ILLEGALY SENTENCED TO PROBATION AND GIVEN STIPULATION ONLY AFTER MAXING HIS SENTENCE OUT IN 2001.

7. HASKINS ARGUES THAT WITHOUT SUPERIOR COURT OBTAINING SUBJECT MATTER JURISDICTION NO PROSECUTION BY THE COURT, PRISON, PROBATION JUSTIONO NOR KAY COULD TAKE PLACE, EVEN GIVIN HASKINS ~~DO~~ BEING FORCED TO GO TO PRISON FOR 16 YEARS.

8. HASKINS INDICTMENTS ARE NOTHING MORE THAN A SCRAMBLED COMBINATION OF THE 1974 AND 1986 STATUTE NOT STATING ANY STATUTE IN THE DELAWARE LAW.

9. WITH THE COMBINATION OF THE ORIGINAL COURT NOT OBTAINING LEGAL POWER TO PROSECUT AND THE OUT OF TIME OF THE ILLEGAL PROBATION JUSTIANO AND KAY HAD NO AUTHORITY TO ENFORCE THE EX-POST FACTO STIPULATIONS AGAINST HASKINS.

10. JUSTIONO AND/ KAY ILLEGALY SEARCHED AND SEIZED PERSONAL PROPERTY BELONGING TO HASKINS

11. JUSTIONO AND/ KAY ILLEGALY TRASHED HASKINS HOME AFTER PURPUSLY LEVING HASKINS HOME UNLOCKED WHEN THEY TOOK HASKINS INTO ILLEGAL CUSTODY.

12. JUSTIONO AND KAY ABUSED THERE POWER TO ~~ARREST~~ ILLEGALY ARREST AND PUT HASKINS INTO PRISON.

13. IN HIS OWN DEFENCE KAY STATED THAT THE DEPARTMENT OF PROBATION HAS BEEN VERY CARFUL WITH MY CASE BECAUSE I KNOW THE LAW.

<u>3</u>

14. LORAN PRESS ENFORCED THE ILLEGAL STIPULATIONS ON TO HASKIN AND REFUSED TO GIVE HASKINS A COPY OF THE ILLEGAL ORDER HOLDING HASKINS ON PROBATION.

15. LORAN PRESS THROUGH THE ENFORCEMENT OF THE ILLEGAL STIPULATION MADE HASKINS QUIT A JOB MAKING A VERY GOOD PAY.

16. OFFICER CRIS SHEMM WAS GOING TO MAKE HASKINS MOVE BECAUSE HE FELT HASKINS WAS VIOLATING ONE OF THE ILLEGAL STIPULATIONS.

17. OFFICER CRIS SHEMM TOLD HASKINS THE ILLEGAL ORDER HOLDING HIM ON PROBATION WAS IN HIS SENTENCING ORDER - NOTHING IN HASKINS STENTENCING ORDER STATES ANYTHING ABOUT PROBATION OR ILLEGAL STIPULATIONS HE IS BEING HELD UNDER.

18. OFFICER JEFF KAY THREATENED HASKINS EVERY TIME HE CAME TO HASKINS HOUSE FOR A VISIT. STATING, WE KNOW YOU HAVE SOMETHING, TELL US WHERE IT IS AND WE WILL LEAVE, DON'T TELL US WHERE IT IS AND WE FIND IT YOU ARE GOING TO JAIL TONIGHT. (OVER 4-6 TIMES)

19. SUPPERVISING OFFICER PEZACK CONDONED EVER THREAT, BAD TREATMENT, AND ENFORCEMENT OF THE ILLEGAL STIPULATIONS UPON HASKINS.

20. ALL PROBATION OFFICERS KEPT HASKINS AT LEVEL 3 EVEN FOR HIS NOT HAVING ANY PROBLEM FOR OVER 4 YEARS EVEN THOUGH PUTTING PEOPLE WITH CONTINUAL MISS BEHAVIOR ON LOWER LEVELS - EQURE RIGHTS VIOLATION, EQUAL PROTECTION VIOLATION.

4

21. Dept of Corrections was told that the court did not have Subject Matter Jurisdiction and was ~~the~~ illegaly holding Haskins, and they ignored Haskins and made him Max out his Sentences.

22. Deptment of Corrections ignored Haskins Sentence order and placed Haskins on Level 3 Probation in violation to Haskins Constitutional Rights.

23. On officers Kray + Justino's Second visit to Haskins House they Never Found any Evidence to Aid them in their prosecution of Haskins, but they did Trash his Apartment at this Second visit.

23 Department of Corrections violated Delaware law and Haskins Sentence, Del law Says Haskins will be place on Probation during his Good time Release but not Giving DOC Authority to Amend his Sentencing order Especialy after 16 years in prison.

24. Justino nor Kray nor Probation or Parole Could in fact Amend his Sentence as of his Sentence in 1985 (at that time) No law Allowed a Sentence to be Amiend after it Began. (Supreme court of the United States, Third Cir Court of Appeals, District Court of the United States for Delaware, Delaware Supreme Court and Delaware Superior Court(s) have Stated that No Sentence can be Amiended after it Began) Not with Rules, Conditions, Stipulations etc. If So they are in violation of (Haskins) protection against any Expost. Facto law.

2. OFFICER LOREN PRESS $600.00 PER DAY FOR FALSELY ILLEGALLY ENFORCING ILLEGAL STIPULATIONS. OFFICER CRIS SHENE $750.00 PER DAY FOR FALSELY INFORCING ILLEGAL STIPULATIONS.

3. MAKE THE PAROLE BOARD AND DEPARTMENT OF CORRECTIONS ALONG WITH PROBATION AND PAROLE RESIND ALL SENTENCES THAT HAVE BEEN AMENDED BY THE ABOVE. ANY AND ALL PEOPLE IMPRISONED BY VIOLATION OF SAID STIPULATIONS/CONDITIONS ETC BE RELEASED AND NOT ALLOW THE ABOVE TO AMEND ANY SENTENCE THROUGH THIS TYPE OF AMENDMENT METHOD.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28___ day of ___July___, 2005.

_(Signature)_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Carl. J. Hopkins Sr.
1301 E 12th Street
Wilmington De 19809
S.B.I. 211803

Att Clerk of the Court
United States District Court
844 King Street
Wilmington Del. 19801

USA 37