UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

CARL J. HASKINS JR.

v.                                    05-CV-570 (KAJ)

DELAWARE DEPARTMENT OF
CORRECTIONS ET AL

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Amendment to Complaint and Relief

1. Carl J Haskins Jr was resentenced by the Parole Board of Delaware (Double Jeopardy)
2. Carl J Haskins was resentenced by a non Judge Litinslatter on 11-6-01.
3. At the time of the 11-6-01 sentencing the Board made Haskins' sentence more sever by adding four pages of Addendums.
4. Haskins resentening was in violation of 11 Del Code 4332 and the Department of Corrections allowed this.
5. Department of Corrections knew that Haskins was being resentenced by the Parole Board and did nothing to correct it when they became aware of it.
6. Superior Court of Delaware blantly disregarded all Haskins Constitutional Rights by supplying Haskins with evidence to prove his arguments for a writ of Habeas Corpus and denying same and the evidence to prove this case, as did the State of Delaware Attorney Generals Office.

7. Neather Superior Court nor the Attorney Generals Office Addressed the Double Jeopardy claim in his Lower Court Papers (Writ).
8. Neather Superior Court nor the Attorney Generals Office Addressed the Fraud, Ex Post Facto claims.
9. Department of Corrections (Parole Board) knew they had to Resentence Haskins because that was the only way and the reason for Resentencing Haskins was to add the four (4) pages of Addendums.
10. By Resentencing Haskins it violated the Ex Post Facto, Fraud, it made a Conspircy at State Level and violated all Haskins Constitutional Rights.
11. Haskins Resentencing in 1989 and in 2001 have the same case numbers.

New Defendants:

State of Delaware et.al.

Relief Sought

- 8 Million Dollars -

Respectfully Submitted

Sept. 17, 2005

Carl J. Haskins Jr.



United States District Court
844 King Street
Wilm, De 19801