United States District Court
844 King Street
Wilmington, Del. 19801


RE: Haskins J, Delaware Department of Corrections

      Civ. No. 05-570-KAJ

    Notice of Withdraw of Suite

Now Comes Carl J Haskins Jr to withdraw without ~~prejudus~~ preiedus in that he is unable to pay the filing fees but will be able to at a latter date.

                              *Carl J. Haskins Jr.*

                              1301 E. 12th Street
                              Wilm, Del. 19801

CC FILE



FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





United States District Court
844 King Street
Wilmington Del. 19801

Carl J. Haskins Jr
SBI 211803
1301 East 12th Street
Will. Del. 19802